**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 7, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00353-CV

_____

## DENSO CORPORATION, Appellant

## V.

## DANIEL MEDINA, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF SILVIA MORALES, DECEASED, Appellee

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-46924**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 9, 2012. On May 23, 2012, appellant filed an unopposed motion to dismiss the appeal as moot. *See* Tex. R. App. P. 42.1. Appellee filed a notice of non-suit without prejudice of all claims against all parties in the trial court and the trial signed an order of non-suit.

The motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.